# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ISMAIL HASSAN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>MIKE OBENLAND,<br><br>　　　　　Respondent. | NO. C18-0067-JCC-JPD<br><br>ORDER GRANTING RESPONDENT'S SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME |

The Court, having considered the Respondent's motion for an extension of time, the Declaration of John J. Samson, and the records and files herein, does hereby find and ORDER:

1. Respondent's motion for an extension of time to July 20, 2018, to file an answer to the habeas corpus petition is GRANTED.

2. The Clerk shall send uncertified copies of this Order to counsel for the Petitioner and to counsel for the Respondent.

DATED this 20th day of June, 2018.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER　　　1